IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION



UNITED STATES OF AMERICA

V.                                                    CRIMINAL NO. 4:05cr43HTWAGN

MARKQUS ANTONIO BROWN

### ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the indictment against the defendant, MARKQUS ANTONIO BROWN.

                                       DUNN LAMPTON
                                       United States Attorney

                         By:    */s/ Colby Lane*
                                COLBY LANE
                                Assistant U. S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this _31st_ day of _October_, 2006.

                                       _Henry T. Wingate_
                                     CHIEF UNITED STATES DISTRICT JUDGE